IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-00186-01-CR-W-HFS |
| | ) | |
| MARCO TEJEDA RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Marco Tejeda Rodriguez appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty to the one-count Indictment charging him with a violation of 49 U.S.C. § 46314(a) and (b)(2), that is, entering an aircraft or airport area in violation of security requirements.

I determined that the guilty plea is knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceeding, and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Marco Tejeda Rodriguez's plea of guilty be accepted and that defendant Rodriguez be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge